[No. 70115-1-I.   Division One.   June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMIKO DEJONE FANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10410-5, Andrea A. Darvas, J., entered March 22, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 70123-1-I.   Division One.   June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent* v. T.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02353-2, Barbara Linde, J., entered February 26, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Lau, JJ.

[No. 70304-8-I.   Division One.   June 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER SCOTT NICHELIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01463-5, George N. Bowden, J., entered April 25, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 70327-7-I.   Division One.   June 9, 2014.]

UNION BANK, NA, *Appellant*, v. EAST CREEK VILLAGE, LLC, ET AL., *Defendants*, ELIZABETH Y. VANDERVEEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-14844-9, Jean A. Rietschel, J., entered April 10, 2013. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Becker, J.